# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. EVANS and<br>RAYMOND P. EVANS,<br><br>   Plaintiffs,<br><br>   v.<br><br>RODOLFO V. HUDSON and<br>NEW PRIME, INC.,<br><br>   Defendant | CIVIL ACTION NO:<br>3:16-cv-01708-RDM<br><br><br><br>JURY TRIAL DEMANDED |

## MEDIATOR'S REPORT

The undersigned Mediator has been notified by e-mail from the Defendant's counsel with a copy to Plaintiff's counsel that the case has been settled between the parties. The pending mediation is cancelled, and this report shall serve as notice of the reported settlement.

Dated: 4-28-17

s/Ronald J. Mishkin
Mediator